FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 JAN 27 PM 1:36
STEPHAN HARRIS, CLERK
CHEYENNE

Hello My name is Rogelio Rodriguez Jr
I sent a petition prisioner civil rights
violated I'm sending now the only
grievance I got back from Park County staff
I am haveing a problem getting the rest ansered
its been past the 5 day period they
keep telling me the partys are on vacation
thats why I havent sent the grievencess.
I will also give permision for my
sister Marisol Rodriguez to know what
is going on with this situation she
is very worryed her number is 307-254-
307-254-2409. I will keep trying
to obtain the unansered grievance's
through proper resourses provided
here in Park County Detention Center
I also hope my petition made it to
you too thanks for your time
much respect

Rogelio Rodriguez

*Rogelio Rodriguez 1/10/16*

# Park County Detention Center

*To Deputy Richmond*

## Grievance Form

Date: 1/9/2016
Time: 2025

Name: Rogelio Rodriguez Jr

*Please state clearly the nature of your grievance.*

On January 9 I signed up for group church as I get called to attend I walk in the class room I noticed an Inmate Mr Willie Ayers a CI in my case waiting to testify against me on a Delivery case Criminal Case No. 5709. There is a no contact order from Judge Bruce Waters to have no contact with any body in this particular case. I confronted Mr Ayers he stated He has never met me. According to PCDC inmate rules and regulations rule book pg 27 Bible Study, AA and other provided programs: Group programs are provided for your well being. if you are interested in attending one notify the tower deputy via a micellaneous request from by 9:00 p.m the day of that program: I did that. You may not be able to attend certain programs if there are no-contact orders between you and another inmate. Mr Ayers is testifing against me in a case there is a no contact order.

Signature _Rogelio_

---

### Response

You have attended group in the past with Inmate Ayers without any incidents. You have never informed us that you and Ayers were not to have any contact with each other and we do not have any court paper work or written statements from a judge stating that you were not to be around him. You chose to go to group and not inform us that the two of you were not to have any contact.

Signature: _Kale Richmond_    Date: 1-15-17

---

Do you wish to appeal? yes (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

im not justifing or admiting my actions I feel I was set up for failior "entrapment" have ing been allowed to be in the same room with a keep away it's not fair Me and Mr Ayers have to sufer the consequence for lack of attention and profesionalism from staff this could all have been avoided if the no contacts or keep aways would have been carefully reviewed.

thanks for your time

Much Respect

---

yes correct I chose to go. I have no way of knowing who is gona be there. I dont think its my Job to sort noctact orders out. I dont think I have ever been to a group with Mr Ayers. and If I did I never noticed Him. and again if thats the case that is twice the no contact order was broken if I am wrong of my claim I acept the consequenses If Im right an apalagie is in order and want relief. thanks for your time

MR RODRIGUEZ,
  WITHOUT PRIOR KNOWLEDGE OF A NO CONTACT, HOW WERE WE SUPPOSE TO KNOW YOU TWO WERE NOT TO BE TOGETHER? YOU ARE THE ONE THAT CHOSE TO ASSAULT AYERS, THEREFORE YOU ARE RESPONSIBLE FOR IT, NOT US. YOU HAD THE OPPORTUNITY TO LEAVE AND CHOSE NOT TO.
                                                         1/15/17

I Peaded not guilty for the simple Battery Im still awaiting trial inacent untill proven guilty

Rogelio Rodriguez Jr
P.C.D.C
402 RiverView Drive
Cody, Wyoming 82414

Clerk, United States District Court
2120 Capitol Ave., Room 2131
CHeyenne, Wy 82001

LEGAL MAIL

8200183658



LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT