CI Testifying against me
M Willie Ayers

Park County Detention Center

Grievance Form

Date: 1/9/17
Time: 2025

Name: Rodriguez Rogelio          To Mr Harper

*Please state clearly the nature of your grievance.*

On January 9 I signed up for group church as I got called to atend I walk in the class room a noticed an inmate that Is a CI in my case and is testifying against me on a felony delivery Criminal case No. 5709 I confronted him about it he denied to have ever met me What heppen next I will make no coment untill my attorney is present. I feel like I was set up for failior haveing been put in the same room with a no contact order. the whole time I have been here in Park County incarcerated I've followed the rules I belive I only have 3 non-compliances was put in D pod which is max and have never been reclacified or considerd. I also feel Racial Profiled because I am getting treated differently than a male caucasian

Signature_____

---

If you are

Response

Page 19 of the rule book states a grievance shall pertain to only one issue. You have multiple issues in the Grievance, therefore this grievance is denied.

Signature: D Harper          Date: 1/9/17

---

Do you wish to appeal? yes (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

I want to apeal

incarserated in the same pod Mr fountaine on December 16th Mr fountanie got into an altrocation with Deputy Ngreen and Deputy Toohey they had to phisicly and to put him in his cell they did not lock down Mr fountaine that night and gave him 3 days lock down I feel my civil rights are seting vistated and put in entrapment I would like this grievance back for I will be fileing a lawsuit

   Thanks for your time

   Much Respec

   *[signature]*

---

all this pretains to one issue so it is one issue
   Park County Detention Center
   Rules and Regulations Page 27

---

This is ↑ My APPEAL   (D) → if you are quoting rules from the rule book page 19, what about on page 27 what hapend to that one when you allowd me to walk in the class room

Rogelio Rodriguez Jr
P.C.D.C
1402 RiverView Dr
Cody Wy 82414

LEGAL MAIL

Clerk, United States District Court
2120 Capitol Ave., Room 2131
Cheyenne, Wy 82001

8200133658

