I never got the grievance to appeal it
I was shut down

17-cv-14

FILED
U.S. DISTRICT COURT

2017 FEB -3 PM 2: 39

CLERK

January 30, 2017

This is a formal response to your grievance addressed to me dated January 11, 2017 regarding complaints about locker request and you not getting your items you asked for, you feeling harassed, threatened, and disrespected, and last, that I said I wanted to "punch you in the face". I would like to go through the line of events that took place from beginning to end of our conversation when I approached your cell door for meal service on January 10, 2017 at approximately 1715 hrs. for the record.

At meal pass I addressed a grievance that you wrote out for me about you not getting the items you asked for on locker request day, mainly concerning your boxers. After reading the contents of your grievance I suggested to you that a misc. request form would be a better way to communicate your concerns to me instead of a grievance. "I also told you that I don't read minds," and didn't realize you were indigent. I made that comment to you because when I went to get the said boxers out of your property to fulfill your locker request I realized you had hygiene items, however there were no boxers in your property bag, only an empty package.

After I told you that there were no boxers in your property bag you began to vent on me stating, "Where are they", "if you don't like your job then leave", "I was put in D pod when I should be in another pod" etc. These comments had nothing to do with the issue at hand or the grievance that you completed. You took it upon yourself to make these comments towards me for no apparent reason other than to give me grief because you didn't hear back from me regarding your locker request form. After those comments were made from you towards me YOU opened the door, YOU chose to elevate our conversation, and in return I made the comment to you that "you are in orange and I get to go home". You stressed that my comment was rude, however my rude comment was a direct reaction of the multiple comments you said to me in our conversation. Nowhere in our conversation did I say I was going to punch you in the face. You state that you have witnesses from residents in D Pod that heard me make that comment, and my dispute to that is Deputy Toohey was in D pod with me during our conversation and actually heard you make a comment to that effect. Regardless, it is completely out of my character to make an aggressive comment of that nature to inmates or anyone for that matter. In the duration of our conversation I did not yell, I did not use obscene language, I did not make racial slurs, and I did not use violent actions towards you, I merely spoke to you in a stern, matter of fact manner. The conversation I had with you was strictly professional, regarding your grievance and in no way personal hate against you as you state in your grievance.

I did not find it productive to continue to have a conversation with you so the bean chute was closed and I walked out of D Pod. You asked for a grievance prior to me exiting the pod and I said, my pleasure.

Sgt. J Harris → Deputy Toohey stated to me the he dose not remember Deputy Harris threat and herass me he is denieing hearing this. So how did he hear me make a coment of that effect? clearly they are covering for each other I dont think this is right she did say those things I want to go through with my complaint

I never got the grievance back or got
a chance to apeal I feel I got shut down

Januar 30th 6:00 pm Deputy Harris has just
informed to me tha she has shreded the grievance
I wrote on January 11th twards her, she stated that she
did not do it on purpouse from wat I understand grievances
are not suposed to be SHREDED   they are supoused to be
ansered I never got that chance or to apeal it.

I wrote a grievance tward Deputy Harris
for Shreding my grivance insted of ansering
it

FOREVER
USA

LEGAL MAIL

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody Wyoming 82414

Clerk, United States District Court
2120 Capitol Ave, Room 2131
Cheyenne, Wy 82001

82001 83658



LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper