FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 MAR 28  AM 11:54

STEPHAN HARRIS, CLERK
CASPER

Hello My name is Rogelio Rodriguez Jr. I am writing concerning a few things on my conpaints first on my lost property my underwear and sox were never found my sister brought me Briefs and Deputy Hariss tryed to give me boxers my sister also brought me a brand new pakage of sox there is two pair missing out of the pakage ever since my sister brought me the items I have not seen none yes Deputy Dureman recived the items when my sister brought them He did put them in my Property, Deputy Harris was the last person to Handel my property when it was lost, first she stated there was an empty pakage of Briefs and a opend pakage of sox with two pair missing. till this day I have not seen none of them Items my sister brought, So that means there should be brand new pakage of briefs and a brand new pakage of sox in my property. the reason I did not take the boxers Deputy Harris brought to me stateing she had found is because my sister brought me briefs not boxer, and she lied about finding My underwear. something is not right and I did not want part of it I just want my Items my sister brought its March and I still havent seen none of the lost Items. for any questions concerning Items brought in by sister

call 307-254-2406 once married Soon the grievances
deputy Harris shreded I did specify in the complaint The Wensday January
th issue, greivance to sheriff about the same issue on Wensday January 11th
ow I'm incarcerated in Park County Detention Center I am limited
o the things I can do here to asist my case Im doing the best I
an to prove my case, I dont know much about laws so I'm trying
y best on that, Park County detention Center dose not provide law books
e dont have acsses to that type of materials. This whole chain of
vents has caused damages, physicly, mentaly, phycologicly, I have sent
dical requests and grivences concerning that. I'm doing the best I can
o coperate and asist my cases. thanks for your time
—Much Respect—

Rogelio Rodriguez Jr
PCDC
1402 RiverView Drive
Cody Wy 82414

LEGAL
MAIL

LEGAL MAIL

Clerk, United States District court
111 S. Wolcott, Room 121
Casper Wy 82601

82601$2534



Put Out March 26

LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT