```
Indigent Supplies -
        Old Bal    :      $4.88
        Collected  :     - $0.19
        New Bal    :      $4.69

Prescription Costs -
        Old Bal    :     $11.34
        Collected  :    - $11.34
        New Bal    :      $0.00
_____
Total Collected :               $12.50

Commissary Balance :            $12.51
Debt Balance       :             $4.88
```

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 AUG 10 AM 11:00
STEPHAN HARRIS, CLERK
CHEYENNE

order granting to proceed in Forma Pauperis: in Case No. <u>17-cv-014-s</u>

The agency Park County Detention Center haveing custody of me Rogelio Rodriguez Jr. fail to comply with order to deduct money out of my acount and forward Payments to clerk since Febuary till now

August 4, 2017

Rogelio Rodriguez Jr
PC DC
1402 River View Drive
Cody Wy 82414

Clerk United States District Court
2120 Capitol Ave
Suite 2204
Cheyenne, Wy 82001

820013621

17-cv-00023-SWS   Document 66   Filed 08/10/17   Pag

Put out 8/5/2017
8:00 AM

LEE / Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

HTL

Rodriguez
INDIGENT